UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff<br><br>v.<br><br>JUAN RIVERA-LEBRON<br>    Defendant | CRIMINAL NO. 00CR087-03(PG) |

<u>NOTICE TO THE COURT</u>

TO THE CLERK OF THE COURT:

    Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Restitution imposed in this case has been satisfied in full by defendant Juan Rivera-Lebron.

    I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

    In San Juan, Puerto Rico, this <u>27th</u> day of July, 2007.

                                         ROSA EMILIA RODRIGUEZ VELEZ
                                         UNITED STATES ATTORNEY

                      S/    REBECCA VARGAS VERA
                            Assistant U.S. Attorney
                            Financial Litigation Unit
                            USDC ID NO. 203307
                            Torre Chardon, Suite 1201
                            350 Carlos Chardon Street
                            San Juan, Puerto Rico  00918
                            Tel. 766-5656